# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148246

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DEWAYNE KEITH SMITH,
       Defendant-Appellant.

SC: 148246
COA: 316292
Wayne CC: 09-018751-FH

_____/

On order of the Court, the application for leave to appeal the October 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

t0421